Dale R. Cockrell
Jay T. Johnson
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email:  dcockrell@mcgalaw.com
         jjohnson@mcgalaw.com

*Attorneys for Plaintiffs: Gateway Hospitality Group Inc.;
Western Hospitality Group, LP d/b/a Hilton Garden Inn Missoula;
Kalispell Hotel, LLC d/b/a Hilton Garden Inn Kalispell*

Jory C. Ruggiero, Esq.
Domenic A. Cossi, Esq.
WESTERN JUSTICE ASSOCIATES, PLLC
303 West Mendenhall, Suite 1
Bozeman, Montana 59715
(406) 587-1900

*Attorneys for the Plaintiffs Bozeman Lodging Investors, LLC
d/b/a Hilton Garden Inn Bozeman and JWT Hospitality
Group, LLC d/b/a Hilton Garden Inn Billings*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| GATEWAY HOSPITALITY GROUP INC.; WESTERN HOSPITALITY GROUP, LP d/b/a HILTON GARDEN INN MISSOULA; KALISPELL HOTEL, LLC d/b/a HILTON GARDEN INN KALISPELL; BOZEMAN LODGING INVESTORS, LLC d/b/a HILTON GARDEN INN BOZEMAN; JWT HOSPITALITY GROUP, LLC d/b/a HILTON GARDEN INN BILLINGS; and JOHN DOES 1-5, <br><br> Plaintiffs, <br><br> v. <br><br> PHILADELPIA INDEMNITY INSURANCE COMPANY; and JOHN DOES I-X. <br><br> Defendants. | Cause No. CV-18-00136-DLC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW the Plaintiff and gives notice pursuant to Rule 41 of the Fed.R.Civ.P. of dismissal of the above entitled action.

Respectfully submitted this 19th day of October, 2018.

        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.


        /s/Dale R. Cockrell_____
        Dale R. Cockrell
        Jay T. Johnson
        145 Commons Loop, Suite 200
        P.O. Box 7370
        Kalispell, Montana 59904-0370
        Email: dcockrell@mcgalaw.com
                 jjohnson@mcgalaw.com

*Attorneys for Plaintiffs: Gateway Hospitality Group Inc.; Western Hospitality Group, LP d/b/a Hilton Garden Inn Missoula; Kalispell Hotel, LLC d/b/a Hilton Garden Inn Kalispell*


        WESTERN JUSTICE ASSOCIATES,
        PLLC


        /s/Domenic A Cossi  _____
        JORY C. RUGGIERO, ESQ.
        DOMENIC A. COSSI, ESQ.
        303 West Mendenhall, Suite 1
        Bozeman, Montana 59715
        (406) 587-1900

*Attorneys for the Plaintiffs Bozeman Lodging Investors, LLC d/b/a Hilton Garden Inn Bozeman and JWT Hospitality Group, LLC d/b/a Hilton Garden Inn Billings*

## **CERTIFICATE OF SERVICE**

I, Dale R. Cockrell, of the law firm of MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C., do hereby certify that on October 19, 2018, I caused to be served the foregoing document in the above matter this date to:

| | |
|---|---|
| 1___ | CM/ECF |
| _____ | HAND DELIVERY |
| _____ | MAIL |
| _____ | OVERNIGHT DELIVERY SERVICE |
| _____ | FAX |
| _____ | E-MAIL |

1.     Clerk, U.S. District Court

/s/ Dale R. Cockrell  
Dale R. Cockrell