FILED

OCT 22 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GATEWAY HOSPITALITY GROUP INC., WESTERN HOSPITALITY GROUP, LP d/b/a HILTON GARDEN INN MISSOULA, KALISPELL HOTEL, LLC d/b/a HILTON GARDEN INN KALISPELL, BOZEMAN LODGING INVESTORS, LLC d/b/a HILTON GARDEN INN BOZEMAN, JWT HOSPITALITY GROUP, LLC d/b/a HILTON GARDEN INN BILLINGS, and JOHN DOES 1-5,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, and JOHN DOES I-X,<br><br>Defendants. | CV 18–136–M–DLC<br><br><br>ORDER |

Pursuant to the Notice of Voluntary Dismissal (Doc. 8) filed by the Plaintiffs and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 22nd day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court